# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1237

_____

United States of America

*Plaintiff - Appellee*

v.

Carl D. Edwards

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: November 24, 2020
Filed: December 4, 2020
[Unpublished]

_____

Before ERICKSON, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

Carl Edwards received a 110-month sentence after the district court[1] convicted him of being a felon in possession of a firearm. *See* 18 U.S.C. §§ 922(g)(1), 924(a)(2). In an *Anders* brief, Edwards's counsel requests

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

permission to withdraw and raises the denial of a motion to suppress as an issue for our review. *See Anders v. California*, 386 U.S. 738 (1967). Edwards has also filed a pro se brief and moved for leave to file a supplemental brief. We affirm.

We conclude that there was no reason to suppress any evidence because Edwards was brought before a magistrate "without unnecessary delay." Fed. R. Crim. P. 5(a)(1)(A). Nor is *Rehaif v. United States*, 139 S. Ct. 2191 (2019), of any help to him, because there was evidence that he knew at the time he committed the crime that he was a convicted felon. *See United States v. Davies*, 942 F.3d 871, 873 (8th Cir. 2019) (applying plain-error review); *see also United States v. Hollingshed*, 940 F.3d 410, 415–16 (8th Cir 2019) (concluding under similar circumstances that the plain-error standard was not satisfied). Finally, we decline to consider the ineffective-assistance-of-counsel claim now. *See United States v. Ramirez-Hernandez*, 449 F.3d 824, 826–27 (8th Cir. 2006) (explaining that this type of claim is "usually best litigated in collateral proceedings").

We have also independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75 (1988). We accordingly affirm the judgment, grant the motion to file a supplemental brief, and grant permission to withdraw.

_____